**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

STEPHANIE FORD                                                                                        PLAINTIFF

vs.                                                                              Civil Action No. 3:12-cv-811 HTW-LRA

PHH MORTGAGE CORPORATION, ET AL.                                              DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

The plaintiff's Motion to Remand [9] is **denied**, and due to plaintiff not filing an answer to defendants' counterclaim, the Motion for Entry of Default [14] is **granted**. Plaintiff may move to set aside the Entry of Default should plaintiff file an answer to defendants' counterclaim within the next fifteen (15) days.  Also, plaintiff is directed to file a response to defendant's Motion for Summary Judgment within the next fifteen (15) days.

SO ORDERED, this the 30th day of September, 2013.

s/ HENRY T. WINGATE
**UNITED STATES DISTRICT JUDGE**